UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PETER RIDER, as Trustee of Local 134,
Service Employees International
Union, AFL-CIO,

Plaintiff,

v. C.A. No. 04-419S

KAREN MACANINCH and
CHARLES WOOD,

Defendants.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By: ______________________
Deputy Clerk

ENTER:

______________________
William E. Smith
U.S. District Judge

Date: 10/1/04