UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**Peter Rider, as Trustee of Local 134,**
**Service Employees International Union, AFL CIO, Plaintiffs**

**v.** **C.A. No. 04-419S** T

**Karen McAninch* and Charles Wood, Defendants**

*NOTE: Defendant McAninch's name is misspelled ("MacAninch") by Plaintiff in the caption of the original complaint.

## MOTION FOR ENTRY OF APPEARANCE
## PRO HAC VICE

Defendant **Karen McAninch and Charles Wood hereby move that Attorney Jack J. Canzoneri, McDonald & Associates, Cordaville Office Center, 153 Cordaville Road, Suite 210, Southborough, MA 01772 [tele: 508-485-6600; fax: 508-485-4477]** be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: **Federal Labor Law.**
- Pro hac vice counsel's long-standing representation of the client: **Attorney Canzoneri (along with co-counsel Attorney Alan J. McDonald who is simultaneously filing a pro hac vice motion) has represented the United Service and Allied Workers of New England (USAW) in various forums throughout the past two years, including extensive litigation at the National Labor Relations Board, and Defendants McAninch and Wood are presently representatives of the USAW.**
- ~~The local trial bar lacks experience in the field of:___~~
- ~~The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically:___~~
- ~~The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows:____.~~
- ~~It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.~~
- ~~Other: _.~~

Dated: November 26, 2004

On behalf of Defendants,

By its Local Associate Counsel:

John W. Dineen, RI Bar # 2346
Yesser Glasson & Dineen
Counselors at Law
One Providence Washington Plaza
Providence, RI 02903

4

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State of Massachusetts and the following federal district court bar--District of Massachusetts--without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: [none]

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

**Attorney Seeking admission Pro Hac Vice:**
**Jack J. Canzoneri, Esq.**

Jack J. Canzoneri, Esq.
McDonald & Associtès
Cordaville Office Center
153 Cordaville Road
Southborough, MA 01772

Tel. #508-485-6600 Fax #508-485-4477

**Local Associate Counsel,**
**John W. Dineen, Esq.**

John W. Dineen, Esq.
R.I. Bar ID # 2346
Yesser Glasson & Dineen
Counselors at Law
One Providence Washington Plaza
Providence, RI 02903

Tel. #: 401-331-3550 Fax #: 401-331-9267

---

**ORDER:** This motion is hereby ____________________.

______________________
U.S. District Judge

Date: ________________