UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PETER RIDER, as Trustee of Local 134,
Service Employees International Union, AFL-CIO

Plaintiff,

CIVIL ACTION
NO. 04-419T

v.

Karen McAninch and Charles Wood

Defendants

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter our appearance as Counsel on behalf of Defendants Karen McAninch and Charles Wood in the above-captioned matter (i.e., Attorney John W. Dineen as Associate Local Counsel; and Attorneys:Alan J. McDonald and Jack J. Canzoneri as Associate Counsel, Motions Pro Hac Vice Pending):

Respectfully submitted,

On behalf of Defendants,

Karen McAninch and Charles Wood,

By their attorneys,

ASSOCIATE LOCAL COUNSEL:

John W. Dineen, RI Bar #2346
Yessor Glasson & Dineen
Counselors at Law
One Providence Washington Plaza
Providence, RI 02903
Tele. #: 401-331-3550
Fax #: 401-331-9267

6

ASSOCIATE COUNSEL,
ADMISSION PRO HAC VICE
PENDING

Alan J. McDonald, Esq.
Jack J. Canzoneri, Esq.
McDonald & Associates
153 Cordaville Road, Ste. 210
Southborough, MA 01772
Tele. #: 508-485-6600
Fax #: 508-485-4477

Dated: November 23 2004

**Certificate of Service**

I, John W. Dineen, hereby certify that I have this day, by first-class mail, postage prepaid, served a copy of the foregoing Notice Of Appearance upon Counsel for Plaintiff: (1) Associate Local Counsel, Richard M. Peirce (#0564), Roberts, Carroll, Feldstein & Peirce, Ten Weybosset Street – 8th Floor, Providence, RI 02903 [Tele. #401-521-7000; Fax #: 401-521-1328]; (2) Associate Counsel, Admission Pro Hac Vice Pending, Thomas M. Kennedy, Esq., Kennedy, Schwartz & Cure, P.C., 113 University Place, New York, NY 10003 [Tele.# 212-358-1500].

Dated: November 26, 2004