FILED
NOV 26 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PETER RIDER, as Trustee of Local 134,
Service Employees International Union, AFL-CIO

Plaintiff,

v.

Karen McAninch and Charles Wood

Defendants

CIVIL ACTION
NO. 04-419S T

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE INITIAL RESPONSE TO COMPLAINT (ASSENTED TO)**

Defendants Karen McAninch and Charles Wood, respectfully move this Court to extend their time to file their initial response to the Complaint through and including Thursday December 22, 2004. As grounds for this motion, Defendants state that they require additional time to investigate, research and prepare their response to the Plaintiffs' allegations. As further grounds for this motion, the Defendants state that this is their first request for the extension of this deadline and further state that no person or party will suffer prejudice by reason of the extension requested. Moreover, Defendants have retained Associate Counsel (motion pro hac vice pending) who concentrate their practice in the area of law that is the subject of the complaint and this as well has delayed Defendants preparation.

8

The Defendants further state that prior to filing the present motion they conferred with Associate Local Counsel Richard M. Peirce and Attorney Peirce, on behalf of Plaintiffs ASSENTED TO this motion.

WHEREFORE, Defendants respectfully move for an extension in the time to file their initial response to the Complaint through and including Thursday, December 22, 2004.

Respectfully submitted,

On behalf of Defendants,

Karen McAninch and Charles Wood,

By their attorneys,

GRANTED

Ernest C. Torres
Chief, US District Judge
12/7/04

ASSOCIATE LOCAL COUNSEL:

John W. Dineen, RI Bar #2346
Yessor Glasson & Dineen
Counselors at Law
One Providence Washington Plaza
Providence, RI 02903
Tele. #: 401-331-3550
Fax #: 401-331-9267

ASSOCIATE COUNSEL,
ADMISSION PRO HAC VICE PENDING

Alan J. McDonald, Esq.
Jack J. Canzoneri, Esq.
McDonald & Associates
153 Cordaville Road, Ste. 210
Southborough, MA 01772
Tele. #: 508-485-6600
Fax #: 508-485-4477

Dated: November 26, 2004

**Certificate of Service**

I, John W. Dineen, hereby certify that I have this day, by first-class mail, postage prepaid, served a copy of the foregoing Defendants' Motion To Extend Time To File Initial Response To Complaint (Assented To) upon Counsel for Plaintiff: **(1)** Associate Local Counsel, Richard M. Peirce (#0564), Roberts, Carroll, Feldstein & Peirce, Ten Weybosset Street – 8th Floor, Providence, RI 02903 [Tele. #401-521-7000; Fax #: 401-521-1328]; **(2)** Associate Counsel, Admission Pro Hac Vice Pending, Thomas M. Kennedy, Esq., Kennedy, Schwartz & Cure, P.C., 113 University Place, New York, NY 10003 [Tele.# 212-358-1500].

November 26, 2004