UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 01 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------------X

PETER RIDER, as Trustee of Local 134,
Service Employees International Union, AFL-CIO

Plaintiff,

CA 04 419T

-against-

KAREN MacANINCH AND CHARLES WOOD

Defendants.

---------------------------------------------------------------X

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

Plaintiff Peter Rider hereby moves that Thomas M. Kennedy and Stuart Lichten of the firm Kennedy, Schwartz and Cure, P.C., be admitted pro hac vice in the above case as associate trial counsel with local associate trial counsel identified below, on the following grounds:

1. The case involves the following complex area of law in which pro hac vice counsel specialize: Plaintiff is contending that defendants have violated Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, by breaching defendants' duty of loyalty to a labor organization. These particular causes of action are complicated applications of a unique aspect of Federal law in which Mr. Kennedy and Mr. Lichten have specialized, respectively, for more than thirty and fourteen years. Mr. Kennedy and Mr. Lichten currently represent more than fifty different labor organizations.

2. Pro hac vice counsel's long-standing representation of the client: Mr. Kennedy has represented various local unions affiliated with the Service Employees International Union

for decades. This action involves allegations of violations of both the international and local union constitutions. Mr. Kennedy and Mr. Lichten are familiar with both documents, having litigated numerous matters concerning the interpretation of constitutional provisions.

3. Mr. Kennedy and Mr. Lichten will aid the Court and the parties by their extensive knowledge of the law applicable to this dispute.

Dated: November 18, 2004

Kennedy, Schwartz & Cure, P.C.
Attorneys for Plaintiff

By: ______________________
Thomas M. Kennedy
Stuart Lichten
113 University Place, 7th Floor
New York, NY 10003
(212) 358-1500

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bar of the State(s) of New York and the following federal district court bar(s) N.S.E., W.D.N.Y.; E.D.Wis., without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: none.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Thomas M. Kennedy
Name

Kennedy, Schwartz & Cure, P.C.
Firm Name

113 University Place, 7th Flr.
New York, NY 10003
Business Address

212-358-1500
Tel. #

212-358-0207
Fax #

Richard M. Peirce, Esq.
Local Associate Counsel

0564
R.I. Bar ID #

Roberts, Carroll, Feldstein & Peirce
Firm Name

Ten Weybosset Street, 8th Floor
Providence, Rhode Island 02903
Business Address

(401) 521-7000
Tel. #

(401) 521-1328
Fax #

**ORDER:** This motion is hereby Granted

Ernest C Torres / P
U.S. District Judge

Date: 12/17/04

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bar of the State(s) of **New York** and the following federal district court bar(s) **Southern & Eastern District**, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: **none**.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

[signature]

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

[signature]

| | |
|---|---|
| **Stuart Lichten**<br>Name | Richard M. Peirce, Esq.<br>Local Associate Counsel |
| | 0564<br>R.I. Bar ID # |
| **Kennedy, Schwartz & Cure, P.C.**<br>Firm Name | Roberts, Carroll, Feldstein & Peirce<br>Firm Name |
| **113 University Place, 7th Flr.**<br>Business Address<br>**New York, NY 10003** | Ten Weybosset Street, 8th Floor<br>Providence, Rhode Island 02903<br>Business Address |
| **212-358-1500** Tel. #   **212-358-0207** Fax # | (401) 521-7000 Tel. #   (401) 521-1328 Fax # |

**ORDER:** This motion is hereby Granted

Ernest C Torres / [initials]
U.S. District Judge

Date: 12/17/04

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have this 1st day of December, 2004, by first class mail, postage prepaid, served a copy of the foregoing Plaintiff's Motion for Entry of Appearance Pro Hac Vice to the following attorneys for the Defendants:

John W. Dineen
Yesser, Glasson & Dineen
One Providence Washington Plaza
Providence, Rhode Island 02903

Alan J. McDonald, Esq.
Jack J. Canzoneri, Esq.
McDonald & Associates
153 Cordaville Road, Ste. 210
Southborough, Massachusetts 01772

____________________________