Fax of Local Associate Counsel:
Attorney John W. Dineen
401-331-9267
& Assoc. Counse Pro Hac Vice
Attorney Jack J. Canzoneri
508-485-4477

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PETER RIDER, as Trustee of Local 134,
Service Employees International Union, AFL-CIO

Plaintiff,

v.

Karen McAninch and Charles Wood

Defendants

CIVIL ACTION
NO. 04-419-T

FILED
FEB 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DEFENDANTS' MOTION FOR STAY OF DISCOVERY**
**PENDING DEFENDANTS' MOTION FOR JUDGMENT ON PLEADINGS**

Defendants respectfully move for an order Staying Discovery pending the Court's disposition of Defendants' motion for judgment on pleadings pursuant to Fed. R. Civ. Proc. Rule. 26(c). There is good cause for the court to grant this motion as set forth in Defendant's memorandum of law in support of this motion filed simultaneously with the clerk, and Authorities Supplement also filed simultaneously directly with the judge pursuant to Amended General Order #2002-01, both of which are incorporated by reference.

**Certification of Conferral By Counsel**
**Pursuant to Fed. R. Civ. Proc. Rule 26(c)**

The undersigned counsel for Defendants certify that, as counsel for movant in the subject discovery motion, they have in good faith conferred with other affected parties (i.e., Plaintiff's counsel) in an effort to resolve the dispute without court action and have been unable to resolve the dispute.

18

Respectfully submitted,

On behalf of Defendants,

Karen McAninch and Charles Wood,

By their attorneys,

ASSOCIATE LOCAL COUNSEL:

John W. Dineen, RI Bar #2346
Yessor Glasson & Dineen
Counselors at Law
One Providence Washington Plaza
Providence, RI 02903
Tele. #: 401-331-3550
Fax #: 401-331-9267

Dated: February 8, 2005

Respectfully submitted,

On behalf of Defendants,

Karen McAninch and Charles Wood,

By their attorneys,

ASSOCIATE COUNSEL,
ADMISSION PRO HAC VICE:

Alan J. McDonald, Esq.
Jack J. Canzoneri, Esq.
McDonald & Associates
153 Cordaville Road, Ste. 210
Southborough, MA 01772
Tele. #: 508-485-6600
Fax #: 508-485-4477

Dated: February 8, 2005

**Certificate of Service**

I, John W. Dineen, hereby certify that I have this day, by HAND DELIVERY served a copy of the foregoing Defendants' Motion For Stay Of Discovery Pending Defendants' Motion For Judgment On Pleadings upon Counsel for Plaintiff: (1) Associate Local Counsel, Richard M. Peirce (#0564), Roberts, Carroll, Feldstein & Pierce, Ten Weybosset Street – 8th Floor, Providence, RI 02903 [Tele. #401-521-7000; Fax #: 401-521-1328]; (2) Associate Counsel, Admission Pro Hac Vice, Thomas M. Kennedy, Esq. and Stuart Lichten, Kennedy, Schwartz & Cure, P.C., 113 University Place, New York, NY 10003 [Tele.# 212-358-1500].

Dated: February 8, 2005

John W. Dineen, RI Bar #2346

GRANTED
Ernest C. Torres
Chief, US District Judge
3/3/05