RMP/pap 2076-4
260286 2/25/05

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FEB 25 2005

**Peter Rider, as Trustee of Local 134,**
**Service Employees International Union,**
**AFL-CIO**
**Plaintiff**

**v.** **C. A. No. 04-419 T**

**Karen McAninch and Charles Wood**
**Defendants**

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

1. At the pre-trial conference in this matter on Tuesday, February 8, 2005, the parties discussed with the court the Defendants' intention to file a motion for judgment on the pleadings. At that time the court also considered the Defendants' motion to file a memorandum of law of thirty pages in support of its motion for judgment on the pleadings.

2. The Court's Amended General Order No. 2002-01 limits a memorandum of law to twenty pages absent leave of the court. In requesting that the page limit be extended to thirty pages for its memorandum of law, the Defendants indicated their intention

> "to assert at least four (if not five) independent bases for dismissing each of the three counts of the Plaintiff's complaint. In doing so, Defendants will be required to review two discrete aspects of labor law; preemption of claims by Sections 7, 8 and 9 of the

19

> National Labor Relations Act, 29 U.S.C., §157, § 158, and Section 159; and preemption under Section 301 of the Labor Management Relations Act, 29 U.S.C. §185. Further, there will be an argument related to statute of limitations for Section 301 claims, and that issue requires review of case law and analysis since the applicable statute of limitations under Section 301 is decided by reference to other laws on a case by case basis. Thus, we will have to review the law and apply it to the facts in this case. Furthermore, Defendants intend to make at least one further (if not two further arguments) arguments relating to whether damages are permitted against individuals (as compared to damages against unions and employers as institutions which are permitted) under Section 301. . . . ."

In short, the Defendants argued that at least one of the reasons for the request to exceed the court's established page limit for its memorandum is the complexity of the legal issues involved in their motion for judgment on the pleadings.

3. It is for precisely the same reason, the complexity of the legal issues raised by Defendants' motion, that the Plaintiff requested at the pre-trial conference that it be granted thirty calendar days from the date of service of the motion to file the Plaintiff's response to the motion.

4. The court has granted the Defendants' motion for the additional pages as requested. It was the impression of the undersigned counsel that the court had granted the Plaintiff's request for thirty days to file its response. However, the court's docket entry

for the pre-trial conference does not indicate that the requested extension of time has been granted.

5. The undersigned counsel has conferred with counsel for the Defendants who has indicated that he does not object to the court's granting of the extension of time.

WHEREFORE, the Plaintiffs move for an order of this court granting an extension of time within which to file its objection and memorandum of law in support thereof within thirty (30) calendar days of the date of service of the Defendants' Motion for Judgment on the Pleadings, that is, on or before March 18, 2005.

Respectfully submitted,
PLAINTIFF,
By His Attorney,

RICHARD M. PEIRCE #0564
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (FAX) (401) 521-1328

GRANTED
Ernest C. Torres
Chief, US District Judge
3/3/05

Of Counsel:

Stuart Lichten, Esq.
Kennedy, Schwartz & Cure, P.C.
113 University Place
New York, NY 10003
FAX 212-358-0207

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have this 25th day of February, 2005, by facsimile and by first class mail, postage prepaid, served a copy of the foregoing to the following attorneys for the Defendants:

John W. Dineen
Yesser, Glasson & Dineen
One Providence Washington Plaza
Providence, RI 02903
FAX 331-9267

Alan J. McDonald, Esq.
Jack J. Canzoneri, Esq.
McDonald & Associates
153 Cordaville Road, Ste. 210
Southborough, MA 01772
FAX 508-485-4477