**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-419T** **DATE: May 31, 2005**

**TITLE: PETER RIDER v. KAREN MACANINCH**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Stuart Lichten, Esq.
Richard Peirce, Esq.
Jack Canzoneri, Esq.
John Dineen, Esq.

**PROCEEDINGS:**

Defendant's Motion for Judgment on the Pleadings - #16

Attys argue.

**RULING:**

**Court takes under advisement.**
**R&R to follow.**