AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions above*

FOR COURT USE ONLY
DUE DATE:

| | | | |
|---|---|---|---|
| 1. NAME Richard M. Peirce | 2. PHONE NUMBER (401) 521-7000 | 3. DATE 9/7/2005 | |
| 4. MAILING ADDRESS 10 Weybosset St. | 5. CITY Providence | 6. STATE RI | 7. ZIP CODE 02908 |
| 8. CASE NUMBER 04-419T | 9. JUDGE Torres/Almond | DATES OF PROCEEDINGS: 10. FROM 9/29/2004 | 11. |
| 12. CASE NAME Peter Rider as Trustee of Local 134, Service Employees Inte | | LOCATION OF PROCEEDINGS: 13. Providence | 14. |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Hearing on Motion for | |
| [ ] BAIL HEARING | | Judgment on the Pleadings | 5/31/2005 |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [x] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

RECEIVED SEP 07 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

18. SIGNATURE [signature]

PROCESSED BY

19. DATE 9/7/2005

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

***DISTRIBUTION:*** *COURT COPY* *TRANSCRIPTION COPY* *ORDER RECEIPT* *ORDER COPY*