**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PETER RIDER, as Trustee of
Local 134, Service Employees
Internation Union, AFL-CIO,
plaintiff

vs. C.A. No. 04-419T

KAREN MacANICH and CHARLES
WOOD,
defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

Judgment is hereby entered for Defendants Karen MacAnich and Charles Woods in accordance with the Memorandum and Order of this Court dated March 23rd, 2006 which granted the Defendants' Motion for Judgment on the Pleadings as to Counts I and II of the Complaint. To the extent that Count III seeks anything more than recovery of unauthorized raises and/or funds of Local 134 that the defendants expended for improper purposes, the Defendants' Motion for Judgment on the Pleadings is granted; to the extent that Count III seeks only recovery of unauthorized raises and/or conversion of union funds, the motion is dismissed for lack of jurisdiction.

Enter:

Deputy Clerk

Dated: March 23rd, 2006